UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHEDRICK HAWKINS, 63025-510,

        Petitioner,   Case No. 25-12506

v.   Judge Robert J. White

UNITED STATES OF AMERICA,   Magistrate Judge Patricia T. Morris

        Respondent(s).
_____/

### ORDER AMENDING CAPTION

The Petitioner has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. The proper Respondent for a habeas petition filed pursuant to 28 U.S.C. § 2254 is the state officer having custody of the Petitioner. *See* Rule 2, Rules Governing Section 2254 Cases. Petitioner is incarcerated at:

    FCI Milan
    Federal Correction Institution
    P.O. Box 1000
    Milan, MI 48160
    WASHTENAW COUNTY

The Warden of that facility is  Eric Rardin .

Accordingly, the Court hereby **ORDERS** the case caption be amended to read as follows:
"SHEDRICK HAWKINS v. Eric Rardin."


Date:  September 3, 2025   s/David R. Grand
                                                        David R. Grand
                                                      United States Magistrate Judge

### Certificate of Service

I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date:  September 3, 2025   s/N. Ahmed
                                                        Deputy Clerk