UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

SHEDRICK HAWKINS, 63025-510,

        Petitioner,                                     Case No.  25-12506

v.                                                   Judge  Robert J. White

UNITED STATES OF AMERICA,              Magistrate Judge  Patricia T. Morris

        Respondent(s).
_____/

**ORDER REQUIRING RESPONSIVE PLEADING**

    The petition for writ of habeas corpus having been reviewed and it appearing that the petition is not subject to summary dismissal upon initial review;

    **IT IS ORDERED** that a responsive pleading be filed in this matter on or before  November 4, 2025 . Petitioner shall have forty-five (45) days from the date of the responsive pleading to file a reply.

    **IT IS FURTHER ORDERED** that the Clerk of the Court serve a copy of this Order on the Respondent(s) by first class mail as provided in Rule 4, and also provide a copy to the United States Attorney for the Eastern District of Michigan.

Date:  September 3, 2025                                s/David R. Grand
                                                                           David R. Grand
                                                                           United States Magistrate Judge

---

**Certificate of Service**

    I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this Order to Petitioner.

Date:  September 3, 2025                                s/N. Ahmed
                                                                           Deputy Clerk