UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Shedrick Hawkins,

    Plaintiff,

Case No: 25-cv-12506

v.

Rardin,

    Defendant.

## NOTICE OF CHANGE OF ASSISTANT U.S. ATTORNEY

**To:** Attorney Admission Clerk and All Other Parties

Please take notice of the following changes of Assistant U.S. Attorneys of record for the above captioned case:

| *Add the following AUSA:* | *Terminated the following AUSA:* |
|---|---|
| Name: Sarah Alsaden <br> Bar ID: P86185 <br> Telephone: (313) 226-9146 <br> Fax: (313) 226-2372 <br> Email: Sarah.Alsaden@usdoj.gov | None |

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*s/ Sarah Alsaden*
Assistant United States Attorney
211 W. Fort Street Suite 2001
Detroit, Michigan 48226
Sarah.Alsaden@usdoj.gov
313-226-9146

Dated: September 5, 2025