UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEDRICK HAWKINS,

Plaintiff,

v.

ERIC RARDIN,

Defendant.

Case No. 25-cv-12506

Honorable Robert J. White

**ORDER OF DISMISSAL FOR LACK OF PROSECUTION**

On September 22, 2026, the Court ordered Plaintiff Shedrick Hawkins to show cause why the complaint should not be dismissed pursuant to Fed. R. Civ. P. 41(b) for lack of prosecution[1]. Hawkins has not responded to the Court's order, and the time to do so has expired. Accordingly,

[1] Rule 41(b) states:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule-except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19-operates as an adjudication on the merits.

IT IS ORDERED that the complaint is dismissed pursuant to Fed. R. Civ. P. 41(b) for lack of prosecution.

Dated: October 13, 2026

s/Robert J. White
Robert J. White
United States District Judge